UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| JENNIFER GREGORY,<br>　　　Plaintiff | :<br>:<br>: |
| v. | : File No. 1:08-CV-150 |
| METROPOLITAN LIFE INSURANCE<br>COMPANY and AMERICAN<br>AIRLINES, INC., c/o American Eagle<br>Inc. and Executive Airlines,<br>　　　Defendants | :<br>:<br>:<br>:<br>:<br>: |

## ORDER

The Magistrate Judge's Report and Recommendation was filed February 2, 2009. (Doc. 47.) After de novo review and absent objection, the Report and Recommendation is AFFIRMED, APPROVED and ADOPTED. See 28 U.S.C. § 636(b)(1).

The defendants' respective motions to dismiss Counts II and IV of the Amended Complaint (Docs. 14, 40) are GRANTED. Counts II and IV of the Amended Complaint, which plead causes of action for breach of fiduciary duty against each respective defendant, are DISMISSED.

SO ORDERED.

Dated at Brattleboro, in the District of Vermont, this 19th day of March, 2009.

　　　　　　　　　　　　　　　　/s/ J. Garvan Murtha
　　　　　　　　　　　　　　　　Honorable J. Garvan Murtha
　　　　　　　　　　　　　　　　United States District Judge